# Exhibit A

District 1

# Case Summary

### Case No. 2023CH09928

| | | | |
|---|---|---|---|
| **James Tuccori-vs-At World Properties, LLC.** | § | Location: | **District 1** |
| | § | Judicial Officer: | **Calendar, 16** |
| | § | Filed on: | **12/08/2023** |
| | § | Cook County Attorney Number: | **56618** |

## Case Information

| | | |
|---|---|---|
| | Case Type: | Class Actions |
| | Case Status: | **12/08/2023** Pending |

## Assignment Information

**Current Case Assignment**
Case Number  2023CH09928
Court  District 1
Date Assigned  12/08/2023
Judicial Officer  Calendar, 16

## Party Information

*Lead Attorneys*

**Plaintiff**  **Tuccori, James**  **Geske, Paul T.**
*Retained*

**Defendant**  **At World Properties, LLC.**

## Events and Orders of the Court

04/09/2024  **General Chancery Hearing**  (10:00 AM)  (Judicial Officer: Atkins, David B.)
  Resource: Location CH2102 Court Room 2102
  Resource: Location D1 Richard J Daley Center

04/09/2024  **Case Management**  (10:30 AM)  (Judicial Officer: Atkins, David B.)
  Resource: Location CH2102 Court Room 2102
  Resource: Location D1 Richard J Daley Center

12/11/2023
  Motion Filed
    Party:  Plaintiff Tuccori, James

12/11/2023
  Certificate Of Service Filed
    Party:  Plaintiff Tuccori, James

12/08/2023  New Case Filing

12/08/2023
  Class Action Complaint Filed (Jury Demand)
    *Class Action Complaint*
    Party:  Plaintiff Tuccori, James
    Party 2:  Attorney Geske, Paul T.

12/08/2023
  Exhibits Filed
    *Civil Cover Sheet*

District 1

## Case Summary

**Case No. 2023CH09928**

|  |  |
|---|---|
|  | Party:   Plaintiff Tuccori, James |
|  | Party 2:   Attorney Geske, Paul T. |
| 12/08/2023 | Exhibits Filed |
|  | *Summons to be Issued* |
|  | Party:   Plaintiff Tuccori, James |
|  | Party 2:   Attorney Geske, Paul T. |