**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES TUCCORI, individually and on behalf of similarly situated individuals, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AT WORLD PROPERTIES, LLC, an Illinois Limited Liability Company, )<br>)<br>Defendant. )<br>) | No. 1:24-cv-00150<br><br>Hon. Lindsay C. Jenkins |

**JOINT STATUS REPORT**

Pursuant to the Court's June 5, 2024 Order (Dkt. 22), the Parties, James Tuccori and At World Properties, LLC, respectfully submit the following Joint Status Report.

1. On June 4, 2024, the Parties filed a joint status report stating that they had "attended a full-day mediation with [the Honorable James F. Holderman (ret.) of JAMS Chicago]. The mediation was productive, and the Parties have reached an agreement as to a potential framework for a settlement that will allow them to continue settlement discussions and, if an agreement is finalized, to resolve this matter in its entirety." (Dkt. 21).

2. On June 5, 2024, the Court entered an order maintaining the stay of all proceedings in this case and directing the Parties to file a joint status report as to the progress of their settlement. (Dkt. 22).

3. The Parties report that they are still working cooperatively and with the assistance of Judge Holderman to finalize their tentative agreement.

4. Accordingly, the Parties propose that another joint status report be due within 60 days, or by October 5, 2024. Until that time, the Parties respectfully request that this matter remain stayed.

1

Dated: August 5, 2024

Respectfully submitted,

JAMES TUCCORI, individually and on behalf of similarly situated individuals,

By: /s/ *Paul T. Geske*
One of Plaintiff's Attorneys

Evan Meyers
Paul T. Geske
Brendan Duffner
Colin Buscarini
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
emeyers@mcgpc.com
pgeske@mcgpc.com
bduffner@mcgpc.com
cbuscarini@mcgpc.com

*Counsel for Plaintiff and the putative Class and Subclass*

AT WORLD PROPERTIES

By: /s/ *Robert J. Palmersheim*
One of Its Attorneys

Robert J. Palmersheim (ARDC No. 6237829)
Molly K. McGinley (ARDC No. 6285809)
Timothy G. Parilla (ARDC No. 6237829)
Honigman LLP
155 N. Upper Wacker Drive
Suite 3100
Chicago, Illinois 60606
(312) 701-9300
rpalmersheim@honigman.com
mmcginley@honigman.com
tparilla@hongiman.com

*Attorneys for At World Properties, LLC*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 5, 2024 I caused the foregoing *Joint Status Report* to be electronically filed with the Clerk of Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Paul T. Geske*