## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

James Tuccori
                Plaintiff,

v.
                Case No.: 1:24–cv–00150
                Honorable Lindsay C. Jenkins

At World Properties, LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 4, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Given the time the Court has already provided to the parties since they first advised they reached a settlement [see 22], the matter is set for a telephonic status hearing on December 17, 2024 at 9:15 a.m. to discuss the status of the settlement agreement. The Court requests that the parties be prepared at that time to set a date for any motion for preliminary approval of a settlement under FRCP 23(e), assuming that the settlement agreement at issue in this case would involve resolution of class claims. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: (877) 336–1831, Access Code: 1038210. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.