**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES TUCCORI, individually and on behalf of similarly situated individuals,       ) ) )<br><br>Plaintiff,       ) )<br><br>v.       ) ) )<br><br>AT WORLD PROPERTIES, LLC, an Illinois Limited Liability Company,       ) ) )<br><br>Defendant.       ) ) | No. 1:24-cv-00150<br><br>Hon. Lindsay C. Jenkins |

## JOINT MOTION TO CONTINUE STATUS HEARING

The Parties, James Tuccori and At World Properties, LLC, jointly and respectfully move to continue the upcoming status on settlement scheduled for December 17, 2025 at 9:15 a.m. (*See* Dkt. 28). In support of this Joint Motion, the Parties state as follows:

1.    As reported in prior filings, the Parties in this matter attended a full-day mediation with the Honorable James F. Holderman (ret.) of JAMS Chicago and reached an agreement as to a framework for a settlement that will allow them to resolve this matter in its entirety if the agreement is finalized. (Dkt. 21).

2.    On August 6, 2024, the Parties filed a status report informing the Court that "they are still working cooperatively and with the assistance of Judge Holderman to finalize their tentative agreement." (Dkt. 25).

3.    On October 4, 2024, the Court entered an order setting a status hearing to discuss the settlement. (Dkt. 28).

4.    Since filing the last status report in this matter, the Parties have made further progress, continued working cooperatively with the mediator, and exchanged draft settlement documents. The Parties require additional time to coordinate these efforts and finalize the

1

settlement.

5.     Accordingly, the Parties respectfully request that the Court continue the December

17, 2024 status hearing to February 18, 2025.  Until that time, the Parties respectfully request that

this matter remain stayed.

Dated: December 13, 2024                    Respectfully submitted,

JAMES TUCCORI, individually and on
behalf of similarly situated individuals,

By: /s/ Paul T. Geske
One of Plaintiff's Attorneys

Evan Meyers
Paul T. Geske
Brendan Duffner
Colin Buscarini
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
emeyers@mcgpc.com
pgeske@mcgpc.com
bduffner@mcgpc.com
cbuscarini@mcgpc.com

*Counsel for Plaintiff and the putative Class
and Subclass*

AT WORLD PROPERTIES

By: /s/ Robert J. Palmersheim
One of Its Attorneys

Robert J. Palmersheim (ARDC No.
6237829)
Molly K. McGinley (ARDC No. 6285809)
Timothy G. Parilla (ARDC No. 6237829)
Honigman LLP
155 N. Upper Wacker Drive
Suite 3100
Chicago, Illinois 60606
(312) 701-9300

rpalmersheim@honigman.com
mmcginley@honigman.com
tparilla@hongiman.com

*Attorneys for At World Properties, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on December 13, 2024 I caused the foregoing *Joint Motion to Continue Status Hearing* to be electronically filed with the Clerk of Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Paul T. Geske*