**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

James Tuccori
                Plaintiff,

v.                                                                Case No.: 1:24–cv–00150
                                                                  Honorable Lindsay C. Jenkins

At World Properties, LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to seal [57] is granted. The unopposed motion for preliminary approval of the settlement agreement [58] is also granted. Counsel should email a word version of the proposed order to the court's PO Box by October 16, 2025. The opt–in period will end on April 13, 2026 and Plaintiffs should move for approval of the opt–in settlors by May 18, 2026. No later than 45 days after all settlements with any opt–in settlors have been preliminarily approved, counsel should submit a Notice Motion that includes the relevant information for submission of claims. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.