# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

James Tuccori, et al.

                        Plaintiff,

v.                                                        Case No.: 1:24–cv–00150

                                                                Honorable Lindsay C. Jenkins

At World Properties, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 1, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: To account for the holidays and other considerations addressed in the parties filing about a briefing schedule, Plaintiff's response to the motion to dismiss and to strike is due by December 30, 2025 and any replies are due by January 13, 2026. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.