UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES TUCCORI, COURTNEY FOREGGER, KEVIN CWYNAR, DAWID ZAWISLAK, MICHAEL D'ACQUISTO, and ALEJANDRO LOPEZ a/k/a ALEANDRO LOPEZ, individually and on behalf of similarly situated individuals, | ) ) ) ) ) ) ) ) | No. 1:24-cv-00150 Hon. Lindsay C. Jenkins Consolidated with: |
| *Plaintiffs*, | ) ) | No. 24-cv-02399 |
| v. | ) ) ) | No. 24-cv-03160 No. 24-cv-3356 No. 24-cv-9039 |
| AT WORLD PROPERTIES, LLC, BAIRD & WARNER, INC., REAL ESTATE ONE, INC., SILVERCREEK REALTY GROUP LLC, EQUITY REALTORS, L.L.C. d/b/a EQUITY REAL ESTATE, HOMESMART INTERNATIONAL, LLC, FATHOM REALTY, LLC, NEXTHOME, INC., REALTY EXECUTIVES INTL. SVCS. LLC, SHOREWEST REALTORS, INC., ENGEL & VOLKERS GMBH, ENGEL & VOLKERS AMERICAS, INC., SIDE, INC., THE KEYES COMPANY, and ILLUSTRATED PROPERTIES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 24-cv-11735 No. 25-cv-04207 |
| *Defendants.* | ) ) | |

**JOINT MOTION TO STAY ALL PROCEEDINGS AND DEADLINES
AS TO DEFENDANT HOMESMART INTERNATIONAL, LLC**

Plaintiffs, James Tuccori, Courtney Foregger, Kevin Cwynar, Dawid Zawislak, Michael D'Acquisto, and Alejandro Lopez a/k/a Aleandro Lopez, and Defendant HomeSmart International, LLC ("HomeSmart") (together with Plaintiffs, the "Movants"), jointly move to stay all proceedings and deadlines in this matter as to HomeSmart to allow Plaintiffs and HomeSmart to engage in a mediation. In support of this Joint Motion, Movants state as follows:

1

1.	On October 16, 2025, the Court granted preliminary approval to a class settlement with a number of the Defendants in this action (Dkt. 65).

2.	The preliminarily approved settlement includes an opt-in procedure by which other real estate brokerages and real estate companies can elect to participate in the settlement in exchange for contributing a payment to the settlement's global settlement fund, among other things (Dkt. 58 at 8) (summarizing the settlement's opt-in procedure).

3.	Under the settlement, potential opt-in settlors have the option of attending a mediation with the Court-appointed Special Master for Mediation, Judge James F. Holderman (ret.). (*Id.* at 9).

4.	Plaintiffs' and HomeSmart's undersigned counsel have conferred and, recognizing the costs and risks of further litigation, agreed that it is in their clients' mutual best interests to explore whether there is any possibility of resolving the claims against HomeSmart through the settlement's opt-in procedure. Accordingly, Plaintiffs and HomeSmart have agreed to attend a mediation with Judge Holderman on March 24, 2026.

5.	Movants request that this matter be stayed as to HomeSmart while they are engaged in settlement discussions. There is good cause to grant a stay, because a stay will help conserve the resources of the Court and the Parties and maximize the opportunity for resolution of the claims against HomeSmart in this matter.

WHEREFORE, for the foregoing reasons, Movants respectfully request that the Court enter an order: (1) granting this Joint Motion; (2) staying all proceedings and deadlines in this matter as to HomeSmart; and (3) granting such further and additional relief this Court deems reasonable and just.

Dated: February 19, 2026

Respectfully submitted,

JAMES TUCCORI, COURTNEY FOREGGER, KEVIN CWYNAR, DAWID ZAWISLAK, MICHAEL D'ACQUISTO, and ALEJANDRO LOPEZ A/K/A ALEANDRO LOPEZ, individually and on behalf of similarly situated individuals

By: /s/ Paul T. Geske
One of Plaintiffs' attorneys

Myles McGuire
Evan Meyers
Paul T. Geske
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
mmcguire@mcgpc.com
emeyers@mcgpc.com
pgeske@mcgpc.com

Jonathan M. Jagher
FREED KANNER LONDON
& MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
jjagher@fklmlaw.com

Matthew W. Ruan
FREED KANNER LONDON
& MILLEN LLC
100 Tri-State International, Ste. 128
Lincolnshire, IL 60069
Tel: (224) 632-4500
mruan@fklmlaw.com

*Counsel for Plaintiffs and the Settlement Class*

HOMESMART INTERNATIONAL, LLC

By: */s/ Paul W. Daugherity*
One of its attorneys

Paul W. Daugherity
Kaufman Dolowich LLP
30 North LaSalle St., Suite 1700
Chicago, IL 60602
Telephone: (312) 759-1400
pdaugherity@kaufmandolowich.com

*Counsel for HomeSmart International, LLC*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 19, 2026 I caused the foregoing *Joint Motion to Stay All Proceedings and Deadlines as to Defendant HomeSmart International, LLC* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Paul T. Geske*