**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

James Tuccori, et al.

Plaintiff,

v.

Case No.: 1:24−cv−00150
Honorable Lindsay C. Jenkins

At World Properties, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 25, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: In light of the matters pending in Batton v. The National Association of Realtors et al, 21−cv−430 (N.D. Ill.), a case that has been pending in this district before a different judge for more than five years and which recently received preliminary approval of a class action settlement, the court is unlikely to grant the motion for leave to amend the complaint in this case. The motion for leave to amend seeks to add several "opt−in settlors" including Anywhere Real Estate Inc., who is a Defendant in Batton. The motion for leave to amend never mentions Batton or the fact that Defendant Anywhere is currently involved in a preliminarily approved settlement in Batton. The motion for leave to amend has since prompted (a) motion to intervene by the Batton plaintiffs with the goal of seeking a "restraining order" related to Anywhere's participation in this case; and (b) a motion to reassign this case to the Batton court on relatedness grounds under LR 40.4. The matter is set for an in person hearing on March 4, 2026 at 9:15 am in Courtroom 2119. Plaintiff's counsel must appear in person and must be prepared to explain why he did not disclose the information detailed above at the very least pursuant to his Rule 11 obligation. He also must be prepared to address the matters raised by the substance of the motion to intervene. Plaintiffs must immediately provide notice of the date and time of this hearing to the intervenor's counsel so that counsel can appear at the hearing if he wishes to. **Any named Defendant in this case may appear for the hearing in person or by phone, but Plaintiffs' counsel must appear in person.** Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: 855−244−8681, Access Code: 2302 225 8245. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.