## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

James Tuccori, et al.

                        Plaintiff,

v.

                        Case No.: 1:24–cv–00150
                        Honorable Lindsay C. Jenkins

At World Properties, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

      MINUTE entry before the Honorable Lindsay C. Jenkins:The court has reviewed all the filings concerning non–party intervenor Aaron Bolton's motion to stay pending appeal. More recently, Bolton has advised that he seeks a stay only "with respect to settlements involving Anywhere Real Estate and any other soon–to–be–announced defendants." See Dkt. 138. Anywhere Real Estate has also filed a motion to dismiss the appeal for lack of jurisdiction in the Court of Appeals, which is now fully briefed before that court. It, of course, opposes any stay. This court would appreciate a short statement from the impacted parties concerning their view of Bolton's statement that no stay is sought as to them (ideally this would be a joint statement but separate statements are fine, too). As a preview to all concerned, the court is reluctant to rule on the motion to stay at least while the motion to dismiss is pending before the appellate court. The requested statement(s) should be filed by April 22, 2026. Motion [138] granted. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.