**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

James Tuccori, et al.

                       Plaintiff,

v.                                            Case No.: 1:24−cv−00150
                                            Honorable Lindsay C. Jenkins

At World Properties, LLC, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 22, 2026:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to set a briefing schedule [145] is granted. Any response by any movant or party in opposition to the motion to reassign Eisner v. Freed, Kanner London, 26−cv−4383 (Rowland, J.) to this court on relatedness grounds is due by May 6, 2026 and any reply is due by May 13, 2026. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.