**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

James Tuccori, et al.

                    Plaintiff,

v.

                                  Case No.: 1:24–cv–00150
                                  Honorable Lindsay C. Jenkins

At World Properties, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 15, 2026:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to reassign as related [144] is granted. L.R. 40.4 provides that a case may be reassigned if it is related, that is, if it involves the same property, some of the same issues of fact or law, or the cases grow out of the same transaction or occurrence. L.R. 40.4(a). Eisner v. Freed, Kanner London, Case No. 26–cv–4383 that's pending before Judge Rowland is a collateral attack on the preliminary class settlement in the instant case (the Tuccori case). Specifically, Eisner maintains that Freed Kanner London & Millen LLC and McGuire Law PC, the lawyers who have been appointed as lead class counsel in the Tuccori case, breached their fiduciary duties to a subclass of Illinois residents by negotiating and seeking approval of what Eicher says is an unfair and inadequate settlement for two real estate brokerage firms Eisner had sued. Because this court is charged with deciding the fairness of the Tuccori class settlement, the adequacy of representation of Freed Kanner London & Millen LLC and McGuire Law PC is necessarily part of the inquiry, so relatedness is satisfied. Regarding the remaining conditions under L.R. 40.4(b), both cases are pending in this district; the handling of both cases by this court would result in a substantial saving of judicial time and effort (namely, by reducing duplicative efforts by two judges deciding overlapping questions); and the Tuccori case remains in a preliminary settlement posture, meaning it has not progressed to the point where designating Eicher as related would delay the Tuccori proceedings. Having considered the arguments raised by the briefs, the court finds Eisner v. Freed, Kanner London, Case No. 26–cv–4383 is related to the present case under Local Rule 40.4 and will ask the Executive Committee to reassign that case to this Court's docket. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.