**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

JAMES TUCCORI, ET AL.    )
         )
    PLAINTIFFS,    )
         )
v.    )
         )    No. 1:24-CV-00150
AT WORLD PROPERTIES, LLC, ET AL.,    )
         )
    DEFENDANTS.    )
         )
         )
         )
         )

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

On May 26, 2026, Opt In Settling Entities HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates LLC (together, "HS") caused notice of the proposed class action settlement in the above-referenced action with Plaintiffs and the Settlement Class to be provided to each appropriate Federal Official and each appropriate State Official by U.S. Postal Mail pursuant to 28 U.S.C. § 1715(b).

This Notice is subject to, and without waiver of, the reservations of rights contained in the Special Appearances, Docs. 146 and 147.

Dated: May 26, 2026

*/s/ Robert D. MacGill*
Robert D. MacGill (IN 9989-49)
Matthew T. Ciulla (IN 34542-71)
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone:  (317) 721-1253
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com

*Counsel to HS*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on May 26, 2026 on all counsel of record by virtue of the Court's CM/ECF System.

*/s/ Robert D. MacGill*