# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

James Tuccori, et al.

                        Plaintiff,

v.                                          Case No.: 1:24−cv−00150
                                            Honorable Lindsay C. Jenkins

At World Properties, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 29, 2026:

      MINUTE entry before the Honorable Lindsay C. Jenkins:The unopposed motion for approval of the form and manner of class notice [182] is granted. Separate order to issue. A final fairness hearing is set for November 2, 2026 at 9:30 am in Courtroom 2119. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.