**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES TUCCORI *et al.*, individually and on behalf of similarly situated individuals, | ) ) ) | |
| | ) | No. 1:24-cv-00150 |
| | ) | |
| *Plaintiffs,* | ) | Hon. Lindsay C. Jenkins |
| | ) | |
| v. | ) | Consolidated with: |
| | ) | |
| AT WORLD PROPERTIES, LLC *et al.*, | ) | No. 24-cv-02399 |
| | ) | No. 24-cv-03160 |
| *Defendants.* | ) | No. 24-cv-3356 |
| | ) | No. 24-cv-9039 |
| | ) | No. 24-cv-11735 |
| | ) | No. 25-cv-04207 |
| | ) | |

**ORDER**

This matter having come before the Court for consideration of Plaintiffs' Unopposed Motion for Approval of Form and Manner of Class Notice (Dkt. 182, the "Notice Motion"), the Court having reviewed in detail and considered the Motion and all other papers filed with the Court related to the Motion, including all exhibits to the Motion,

IT IS HEREBY ORDERED:

1. On October 16, 2025, the Court preliminarily approved the Class Settlement Agreement between Plaintiffs and the Settling Defendants and provisionally certified the Settlement Class.[1] (Dkt. 65). The Court subsequently granted preliminary approval to settlements with a number of Opt-In Settlors that have opted into the Court-approved Settlement on March 4, 2026 (Dkt. 119) and May 26, 2026 (Dkt. 177).

2. In its prior Orders, the Court appointed Epiq Class Action & Claims Solutions, Inc.

---

[1] Unless stated otherwise, all capitalized terms used in this Order shall be defined and interpreted in accordance with the definitions in the Settlement Agreement.

as Settlement Administrator to supervise and administer the Settlement's notice and claims process, as well as to oversee the administration of the Settlement, as more fully set forth in the Settlement Agreement. (Dkt. 65 ¶ 14; Dkt. 177 ¶ 14).

3.      The Court reaffirms its finding that the notice plan outlined in the Declaration of Cameron R. Azri, Esq. Regarding Notice Plan (Dkt. 58-7) and the Supplemental Declaration of Cameron R. Azri, Esq. Regarding Notice Plan (Dkt. 168-3) is the best notice practicable and satisfies the requirements of Rule 23 and due process.

4.      The Court finds that the short form email notice (Exhibit 1 to Notice Motion), long form website notice (Exhibit 2 to Notice Motion), and claim form (Exhibit 3 to Notice Motion), along with the proposed methods of dissemination therefor, satisfy the requirements under Rule 23 of the Federal Rules of Civil Procedure and due process, and are therefore approved.

5.      The Court finds that the Notice Plan, Notice Motion, and notices sufficiently outline the procedure for Settlement Class Members' submission of claims to receive payments from the Global Settlement Fund and their eligibility to do so. Among other things, the Notice Plan provides that the Settlement Administrator will establish a claim submission module on the settlement website that allows Settlement Class Members to submit a claim and receive payments electronically, and that all submitted claims will be subject to review and approval by the Settlement Administrator. The deadline for Settlement Class Members to submit claims shall be 120 days after entry of this Order.

6.      Within 20 days after entry of this Order, the Settlement Administrator is authorized to commence notice and begin implementing the Notice Plan as outlined in the Notice Motion.

7.      By July 25, 2026 (30 days after the filing of Plaintiffs' Notice Motion), the Settling Defendants and Opt-In Settlors are to provide the Settlement Administrator with data containing

2

contact information for Settlement Class Members to the extent that such information is reasonably accessible and is the type of data provided by that Settling Defendant or Opt-In Settlor (if any) in Burnett, Gibson, Keel, or Hooper.

8.     Within 50 days after entry of this Order (30 days after commencement of notice), Plaintiffs must file their motion seeking an award of attorneys' fees plus reimbursable costs and litigations expenses to Class Counsel, as well as for any service awards, and the Settlement Administrator shall post such motion on the Settlement Website.

### *Requests for Exclusion*

9.     The deadline for Settlement Class Members to request exclusion from the Settlement Class shall be 80 days after entry of this Order. The Court finds that the notices sufficiently set forth the requirements for Settlement Class Members to request to be excluded from the Settlement Class, including the method for requesting exclusion and the date by which such a request must be made.

10.     As set forth in the Court's prior Orders, the Settlement Agreement, and the notices, requests for exclusion must be submitted to the Settlement Administrator in writing and be personally signed by the Settlement Class Member requesting exclusion, and in the written request for exclusion, the Settlement Class Member must state his, her, or its full name, address, and telephone number, and a statement that he, she, or it wishes to be excluded from the Settlement. No person within the Settlement Class, or any person acting on behalf of, in concert with, or in participation with that person within the Settlement Class, may request exclusion from the Settlement Class of any other person within the Settlement Class. A request for exclusion that does not comply with all of the requirements set forth in the notice will be invalid and will not exclude any Settlement Class Member(s) from the Settlement Class. Any person in the Settlement Class

who elects to be excluded shall not: (i) be bound by any orders or the Final Approval Order; (ii) be entitled to relief under the Settlement Agreement or any of the Opt-In Agreements; (iii) gain any rights by virtue of this Settlement Agreement or any of the Opt-In Agreements; or (iv) be entitled to object to any aspect of the Settlement Agreement or Opt-In Agreements.

***Settlement Class Member Objections***

11. The deadline for any Settlement Class Member who has not requested exclusion to object to the Settlement shall be 80 days after entry of this Order. The Court finds that the notices sufficiently set forth the requirements for Settlement Class Members to object to the Settlement, including the method for objecting and the date by which an objection must be made.

12. As set forth in the Court's prior Orders, the Settlement Agreement, and the notices, a Settlement Class Member who intends to object must serve their objection in writing to the Parties and the Court and file it on or before the deadline set by the Court. The written objection must contain: the objector's full name and the case name and case number(s) of the Litigation; the objector's current address, email, and phone number; the reasons why the objector objects to the Settlement along with any supporting legal authority; a list of any objections they or their counsel have filed in any state or federal court class action in the last five (5) years, identified by the name of the case, the case number, the court in which the objection was filed, and the outcome of the objection; whether or not the objector intends to appear at the final fairness hearing on the motion for final approval of the Settlement, and if so, the reasons for seeking to appear; and the objector's signature. Any objection made by a Settlement Class Member who is represented by counsel must be filed through the Court's CM/ECF system. Failure to comply timely and fully with these procedures shall result in the invalidity and rejection of an objection.

13. No Settlement Class Member shall be entitled to appear at the final approval

4

hearing (whether individually or through the objector's counsel) or to object to the Settlement unless a valid objection is made and notice of the objection is provided to all Parties in accordance with this Order and the Settlement Agreement. Any Settlement Class Member who objects to the Settlement and wishes to appear and speak at the final approval hearing must include in his or her written objection a statement expressing intention to appear and speak at the final approval hearing, or send a "Notice of Intent to Appear" at the final approval hearing to the Clerk of the Court and to the Settling Parties' Counsel, postmarked on or before the deadline for objections. The Notice of Intent to Appear must include: the case name and case number of the Litigation; the Settlement Class Member's full name, address, email address, and phone number; a statement clearly indicating the intention to appear at the final approval hearing and the reasons for seeking to appear; copies of any papers or information to be presented to the Court, if any; and the Settlement Class Member's signature.

14. Any Settlement Class Member who submits a valid request to exclude themselves from the Settlement Class forfeits the right to object to the Settlement Agreement or any of its terms.

15. The failure to submit a valid objection waives any objections to the Settlement and forever forecloses a Settlement Class Member from making any objection (whether by appeal or otherwise) to the Settlement, any aspect of the Settlement, including, without limitation, the fairness, reasonableness, or adequacy of the proposed Settlement, any award of attorneys' fees or reimbursement of costs and expenses, or to the certification of the Settlement Class or to the Settlement Agreement.

### *Final Approval*

16. The deadline for Plaintiffs to file their motion in support of final approval of the

Settlement, and for any Parties to file responses to Settlement Class Member objections (if any), shall be 100 days after entry of this Order.

17.     The Court will hold a final fairness hearing on November 2, 2026, 2026, at 9:30 a.m. in courtroom 2119 at the Everett McKinley Dirksen U.S. Courthouse, 219 South Dearborn Street, Chicago, IL 60604 the following purposes:

(a)     to finally determine whether the applicable prerequisites for settlement class action treatment under Rule 23 of the Federal Rules of Civil Procedure have been met;

(b)     to determine whether the Settlement and Opt-In Agreements are fair, reasonable and adequate, and should be approved by the Court;

(c)     to determine whether the judgment as provided under the Settlement Agreement and Opt-In Agreements should be entered, including an order prohibiting Settlement Class Members from further pursuing Released Claims as set forth in the Settlement Agreement and Opt-In Agreements;

(d)     to consider the application for an award of attorneys' fees, costs and expenses of Class Counsel;

(e)     to consider the application for service awards to the Class Representatives;

(f)     to consider the distribution of the Gross Settlement Fund pursuant to the Settlement Agreement; and

(g)     to rule upon such other matters as the Court may deem appropriate.

18.     The date and time of the final approval hearing are subject to change without further notice to the Settlement Class. The Settlement Administrator shall publish date and time of the final approval hearing on the Settlement Website.

*Timeline*

19.  For clarity, the following is a summary of the deadlines adopted in this Order:

| Event | Date |
|---|---|
| Entry of an order granting Plaintiffs' Notice Motion (the "Order") | Subject to Court approval |
| Deadline for Settling Defendants and Opt-In Settlors to provide contact information for Settlement Class Members to the Settlement Administrator | July 25, 2026 (30 days after the filing of Plaintiffs' Notice Motion) |
| Commencement of the notice and claims period | 20 days after entry of the Order |
| Plaintiffs' deadline to file a motion seeking an award of attorneys' fees, reimbursable litigation costs and expenses, and service awards | 50 days after entry of the Order |
| Deadline for Settlement Class members opt-out or object to the Settlement | 80 days after entry of the Order |
| Plaintiffs' deadline to file final approval motion and for Parties to file responses to objections (if any) | 100 days after entry of the Order |
| Final approval hearing | November 2, 2026 |
| Deadline for Settlement Class Members to submit claims | 120 days after entry of the Order |

20.  The Court finds that this timeline provides the Settlement Class Members with adequate time to review the notices, submit a claim, and/or elect to exclude themselves from the Settlement Class or object to the Settlement if they so choose.

**IT IS SO ORDERED.**

ENTERED: 6/29/2026

_____
Hon. Lindsay C. Jenkins
United States District Court Judge

7