**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES TUCCORI, *et al.*, individually and on behalf of similarly situated individuals, | Case No.: 1:24-cv-00150 |
| *Plaintiffs*, | Hon. Lindsay C. Jenkins |
| v. | Consolidated with: |
| AT WORLD PROPERTIES, LLC, *et al.*, | No. 24-cv-02399 |
| *Defendants*. | No. 24-cv-03160 |
| | No. 24-cv-3356 |
| | No. 24-cv-9039 |
| | No. 24-cv-11735 |
| | No. 25-cv-04207 |

**JOINT UNOPPOSED MOTION FOR ENTRY OF ORDER**
**REGARDING CONFIDENTIALITY AND LIMITED USE OF**
**SETTLEMENT CLASS CONTACT INFORMATION**

Plaintiffs, James Tuccori, Courtney Foregger, Kevin Cwynar, Dawid Zawislak, Michael D'Acquisto, and Alejandro Lopez a/k/a Aleandro Lopez, and the undersigned Settling Defendants and Opt-In Settlors, by and through their undersigned counsel, respectfully move for the entry of an Order Regarding Confidential and Limited Use of Settlement Class Contact Information (the "Proposed Order"). In support of this Motion, Plaintiffs and the undersigned Settling Defendants and Opt-In Settlors state as follows:

1.      Paragraph 53 of the Class Settlement the provides as follows:

The Settling Defendants agree to cooperate with Settlement Class Counsel and the Settlement Administrator by providing contact information for Settlement Class Members,

1

to the extent that such information is reasonably accessible and is the type of data provided by that Settling Defendant (if any) in Burnett, Gibson or Keel, within 30 days after Settlement Class Counsel file the Notice Motion.

The related Opt-In Settlement Agreements provide similar cooperation requirements for providing contact information for Settlement Class Members ("Settlement Class Contact Information").

2.      The Settlement Class Contact Information includes non-public and confidential information about Settlement Class Members, and others, including names, property addresses and email addresses. The Settlement Class Contact Information is intended to be used solely and exclusively for the purpose of effectuating notice to the Settlement Class Members and administering claims in this action and for no other purpose.

3.      To ensure that the Settlement Class Contact Information is used solely and exclusively for the purpose of effectuating notice to the Settlement Class Members and administering claims in this action and for no other purpose, and to protect the security and confidentiality of this information, the Plaintiffs and undersigned Settling Defendants and Opt-In Settlors move for the entry of the Proposed Order attached hereto.

4.      Counsel for Plaintiffs and the undersigned Settling Defendants and Opt-In Settlors have reached an agreement on the terms of the Proposed Order, which is attached hereto as Exhibit A.[1] Only Opt-In Settlor Vanguard Properties, Inc. ("Vanguard") does not join this motion but its counsel has indicated that it does not intend to oppose this Motion.

WHEREFORE, Plaintiffs and the undersigned Settling Defendants and Opt-In Settlors respectfully request that the Court enter the attached Proposed Order, and to grant all such other relief it deems equitable and just.

---

[1] A copy of the Proposed Order has also been submitted via email to the Court's assigned email address pursuant to the procedures listed on the Court's website.

**Respectfully Submitted,**

PLAINTIFFS

By: */s/ Paul T. Geske*
Myles McGuire
Evan Meyers
Paul T. Geske
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Telephone: (312) 893-7002
Fax: (312) 275-7895
mmcguire@mcgpc.com
emeyers@mcgpc.com
pgeske@mcgpc.com


Jonathan M. Jagher
Matthew W. Ruan
JUSTICE JAGHER LONDON
& MILLEN LLC
100 Tri-State International, Ste. 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@jjlmlaw.com
jjagher@jjlmlaw.com

*Counsel for Plaintiffs*

AT WORLD PROPERTIES,
LLC

By: */s/ Molly K. McGinley*
Molly K. McGinley
HONIGMAN LLP
321 N. Clark Street Suite
500 Chicago, Illinois 60654
(312) 701-9300
mmcginley@honigman.com

*Counsel for Settling Defendant At World
Properties, LLC*

BAIRD & WARNER, INC.

By: */s/ Michelle Ann Mantine*

Michelle Ann Mantine
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-4268
Email: mmantine@reedsmith.com

*Counsel for Settling Defendant Baird &
Warner, Inc.*


SILVERCREEK REALTY GROUP, LLC

By: */s/ Jack R. Bierig*

Jack R. Bierig
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600
jack.bierig@afslaw.com

*Counsel for Settling Defendant Silvercreek
Realty Group, LLC*

HOMESMART INTERNATIONAL. LLC

By: */s/ Paul W. Daugherity*
Paul W. Daugherity
Kaufman Dolowich LLP
230 W. Monroe St., Suite 1250
Chicago, IL 60606
Telephone: (312) 759-1400
pdaugherity@kaufmandolowich.com


*Counsel for Settling Defendant HomeSmart
International, LLC*

EQUITY REALTORS, L.L.C. d/b/a
EQUITY REAL ESTATE

By: /s/ *T Carter Maudsley*
T Carter Maudsley (*pro hac vice* to be filed)
Lieberman Siebers & Wood
1105 East 900 South, Suite 200
Salt Lake City, Utah 84105
Tel: (801) 449-1381
carter@9thsouthlaw.com

*Counsel for Settling Defendant Equity
Realtors, L.L.C. d/b/a Equity Real
Estate*


FATHOM REALTY, LLC
and UNITED REAL ESTATE HOLDINGS,
LLC

By: /s/ *Emilee L. Hargis*

Emilee L. Hargis
Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2028
emilee.hargis@bclplaw.com

James D. Lawrence (*admitted pro hac vice*)
Bryan Cave Leighton Paisner LLP
1200 Main St., Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
jim.lawrence@bclplaw.com

*Counsel for Opt-In Settlors Fathom Realty,
LLC and United Real Estate Holdings, LLC*

NEXTHOME, INC.

By: /s/ *Michael S. Pullos*

Michael S. Pullos
DLA Piper LLP (US)
444 W. Lake Street, Suite 900
Chicago, IL 60606
T 312.368.4000
F 312. 251.5728
michael.pullos@us.dlapiper.com

*Counsel for Settling Defendant NextHome,
Inc.*


REALTY EXECUTIVES INTL. SVCS.
LLC
By: /s/ *Laura Rogal*
Laura Rogal (*pro hac vice*)
Realty Executives Intl. Svcs. LLC
4343 Outlier Blvd., Suite 229E Phoenix, AZ
85008
Phone: (480) 646-1014
Lrogal@realtyexecutives.com

*Counsel for Settling Defendant Realty
Executives Intl. Svcs. LLC*


SIDE, INC.

By: /s/ *J. Matthew Goodin*

J. Matthew Goodin
Troutman Pepper Locke LLP
111 South Wacker Drive
Chicago, Illinois 60618
Tel: 312.443.0472
matt.goodin@troutman.com

*Counsel for Settling Defendant Side, Inc.*

ENGEL & VÖLKERS AMERICAS, INC.
and ENGEL & VÖLKERS GMBH

By: */s/ Michael Sibarium*

Michael Sibarium
Pillsbury, Winthrop, Shaw, Pittman LLP
1200 17th St NW
Washington, DC 20036
Telephone: (202) 663-9202
michael.sibarium@pillsburylaw.com

*Counsel for Settling Defendants Engel &
Völkers Americas, Inc. and Engel & Völkers
GmbH*

ILLUSTRATED PROPERTIES, LLC and
THE KEYES COMPANY

By: */s/ M. Patrick Yingling*
M. Patrick Yingling
Reed Smith LLP
10 S. Wacker Dr., 40th Fl.
Chicago, IL 60606
Tel: 312-207-2834
mpyingling@reedsmith.com

*Counsel for Settling Defendants Illustrated
Properties, LLC and The Keyes Company*

COMPASS, INC.

By: /s/ Charhira Soth
Chahira Solh
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: 949-798-1367
csolh@crowell.com

*Counsel for Opt-In Settlor
Compass, Inc.*

SHOREWEST REALTORS, INC.

By: */s/ Edward A. Salanga*

Edward A. Salanga (*Pro Hac Vice*)
QUARLES & BRADY LLP
Two North Central Avenue
Suite 600
Phoenix, AZ 85004-2322
Telephone: (602) 229-5200
Edward.Salanga@quarles.com

*Counsel for Settling Defendant Shorewest
Realtors, Inc.*

eXp WORLD HOLDINGS, INC.

By: /s/ James A. Morsch
James A. Morsch
SAUL EWING LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7866
Jim.Morsch@saul.com

*Counsel for Opt-In Settlor
eXp World Holdings, Inc.*

DOUGLAS ELLIMAN INC.

By: /s/ Edward M. Spiro
Robert J. Anello, pro hac vice
Edward M. Spiro, pro hac vice
Tyler J. Good-Cohn, pro hac vice
MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
Telephone: (212) 856-9600
ranello@maglaw.com
espiro@maglaw.com

*Counsel for Opt-In Settlor
Douglas Elliman Inc.*

THE REAL BROKERAGE INC. and
REAL BROKER, LLC


By: */s/ Eric Sussman*

Eric Sussman
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Tel: (312) 214-4830
eric.sussman@btlaw.com

David Marroso (*pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 553-7600
Fax: (310) 246-6779
dmarroso@omm.com

Peter Herrick (*pro hac vice*)
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 326-2000
Fax: (212) 326-2061
pherrick@omm.com


*Counsel for Opt-In Settlors The Real
Brokerage Inc. and Real Broker, LLC*



UMRO REALTY CORP d/b/a THE
AGENCY


By: /s/ Jennifer Champ Wallis
Jennifer Champ Wallis
**MUNCK WILSON MANDALA LLP**
1925 Century Park East
Los Angeles, CA 90067
Telephone: 310-601-1105
jwallis@munckwilson.com

*Counsel for Opt-In Settlor
Umro Realty Corp d/b/a The Agency*

HANNA HOLDINGS, INC.

By: /s/ David Z. Gringer
David Z. Gringer
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
david.gringer@wilmerhale.com

*Counsel for Opt-In Settlor Hanna Holdings,
Inc*



NATIONAL ASSOCIATION OF
REALTORS®

By:   /s/ Leonard A. Gail
Leonard A. Gail
Suyash Agrawal
Brigid M. Carmichael
MASSEY & GAIL LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
Tel: (312) 283-1590
lgail@masseygail.com
sagrawal@masseygail.com
bcarmichael@masseygail.com

Matthew M. Collette
Kylie Chiseul Kim
MASSEY & GAIL LLP
The Wharf
1000 Main Avenue SW, Suite 450
Washington, D.C. 20024
Telephone: (202) 652-4511
mcollette@masseygail.com
kkim@masseygail.com

*Counsel for Opt-In Settlor National
Association of REALTORS®*

ANYWHERE REAL ESTATE, INC.

By: */s/ Aaron D. Van Oort*
Aaron D. Van Oort (*pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH
LLP**
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
aaron.vanoort@faegredrinker.com

Kenneth Michael Kliebard
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1000
kenneth.kliebard@morganlewis.com

Stacey Anne Mahoney (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
stacey.mahoney@morganlewis.com

*Counsel for Opt-In Settlor Anywhere Real
Estate Inc. (f/k/a Realogy Holdings Corp.)*

REALTY ONE GROUP, INC. AND
KEMPA AND ASSOCIATES LLC
D/B/A REALTY ONE GROUP EXCEL

By:     By: */s/ Thomas V. Panoff*
Thomas V. Panoff
Christopher S. Comstock
Jules M. Rogers
SHEPPARD, MULLIN,
RICHTER & HAMPTON LLP
321 North Clark St., 32nd Floor
Chicago, Illinois 60654
Tel: (312) 499-6328
Fax: (312) 499-6301
tpanoff@sheppard.com
ccomstock@sheppard.com
mrogers@sheppard.com

*Counsel for Opt-In Settlors
Realty ONE Group, Inc.
and Kempa and Associates LLC d/b/a Realty
ONE Group Excel*

REAL ESTATE ONE, INC.

By: /s/ Cody D. Rockey
Cody D. Rockey (Bar # 6302863)
DYKEMA GOSSETT PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 214-7655
crockey@dykema.com

Harry N. Arger (Bar. # 6198806)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Telephone (312) 876-1700
harger@dykema.com

*Counsel for Settling Defendant*
*Real Estate One, Inc.*


Dated: July 23, 2026

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 23, 2026 I caused the foregoing JOINT

MOTION FOR ENTRY OF ORDER REGARDING CONFIDENTIALITY AND LIMITED USE

OF SETTLEMENT CLASS CONTACT INFORMATION to be electronically filed with the Clerk

of Court using the CM/ECF system. A copy of said document will be electronically transmitted to

all counsel of record.


/s/ Cody D. Rockey