**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| JAMES TUCCORI, *et al.*, individually and on behalf of similarly situated individuals, | Case No.: 1:24-cv-00150 |
| *Plaintiffs*, | Hon. Lindsay C. Jenkins |
| v. | Consolidated with: |
| AT WORLD PROPERTIES, LLC, *et al.*, | No. 24-cv-02399 |
| *Defendants*. | No. 24-cv-03160 |
|  | No. 24-cv-3356 |
|  | No. 24-cv-9039 |
|  | No. 24-cv-11735 |
|  | No. 25-cv-04207 |

**ORDER REGARDING CONFIDENTIALITY AND LIMITED USE OF SETTLEMENT CLASS CONTACT INFORMATION**

Upon consideration of the Joint Unopposed Motion of Plaintiffs, Settling Defendants and Opt-In Settlors Regarding Confidentiality and Limited Use of Settlement Class Contact Information, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. **Purpose and Scope.** This Order governs the use, disclosure, maintenance, and disposition of contact information for the Settlement Class Members and any related identifying information provided by any Settling Defendant to the Settlement Administrator pursuant to Paragraph 53 of the Class Settlement Agreement[1] or provided by any Opt-In Settlor pursuant to the respective Opt-In Agreement for purposes of effectuating notice to the Settlement Class in this action ("Settlement Class Contact Information"). Nothing herein shall restrict or otherwise limit a Settling Defendant's or an Opt-In Settlor's use, disclosure, maintenance, or disposition of its own Settlement Class Contact Information.

---

[1] Paragraph 53 of the Class Settlement Agreement provides that:

> The Settling Defendants agree to cooperate with Settlement Class Counsel and the Settlement Administrator by providing contact information for Settlement Class Members, to the extent that such information is reasonably accessible and is the type of data provided by that Settling Defendant (if any) in Burnett, Gibson or Keel, within 30 days after Settlement Class Counsel file the Notice Motion.

2. **Limited Use.** Settlement Class Contact Information shall be used solely and exclusively for the purpose of effectuating notice to the Settlement Class and claims administration in this action and for no other purpose.

3. **Disclosure Limited to Settlement Administrator.** Settling Defendants and Opt-In Settlors shall transmit the Settlement Class Contact Information directly to the Settlement Administrator. The Settlement Administrator shall not disclose, transmit, provide, or otherwise make available Settlement Class Contact Information to Plaintiffs, Settlement Class Counsel or any person or entity except as strictly necessary to effectuate Court-approved notice to the Settlement Class or claims administration, and then only to persons acting under the Settlement Administrator's direction and control who are bound to comply with this Order.

4. **No Use in Other Proceedings or for Other Purposes.** Settlement Class Contact Information shall not be used in any other litigation, arbitration, administrative proceeding, investigation, solicitation, marketing effort, or for any purpose unrelated to effectuating notice to the Settlement Class or claims administration in this action.

5. **Security and Confidentiality.** The Settlement Administrator shall maintain the Settlement Class Contact Information in a secure manner and shall take all reasonable steps to prevent unauthorized access, use, disclosure, copying, distribution, or transmission.

6. **Notification of Data Breach.** In the event of the accidental, unlawful, or unauthorized destruction, alteration, disclosure, misuse, loss, theft, access, copying, use, modification, disposal, compromise, or access of a Settlement Class Member's Settlement Class Contact Information that is in the possession of the Settlement Administrator (a "Data Breach"), the Settlement Administrator will notify counsel for the Settling Defendant or Opt-In Settlor pertaining to impacted Settlement Class Member within 24 hours after learning of any Data Breach.

7. **Return or Destruction.** At the conclusion of this action, including the completion of all settlement administration activities, the Settlement Administrator shall return each Settling Defendant's and/or Opt-In Settlor's Settlement Class Contact Information, including any copies, extracts, summaries, or derivative files containing such information, to its respective counsel, or certify in writing the destruction of all such information.

8. **Subpoenas, Requests, or Demands for Information.** If Plaintiffs, Plaintiffs' counsel, the Settlement Administrator, or any person acting on their behalf receives a subpoena, court order, discovery request, public records request, administrative request, investigative demand, or any other request or demand from any litigant, agency, governmental entity, or other person or entity seeking disclosure, in whole or part, of Settlement Class Contact Information, they shall:

   a.    promptly object to and resist disclosure to the fullest extent permitted by law;

b.  promptly provide written notice to each impacted Settling Defendant and/or Opt-In Settlor, through its counsel, and include a copy of the subpoena, request, demand, or other process if not otherwise prohibited;

c.  provide each impacted Settling Defendant and/or Opt-In Settlor a reasonable opportunity to seek protection from the Court or other appropriate tribunal before any disclosure is made; and

d.  provide reasonable cooperation, at the impacted Settling Defendant's and/or Opt-In Settlor's request and expense, in opposing, limiting, quashing, modifying, or otherwise resisting disclosure.

9.  **No Voluntary Disclosure.** No Settlement Class Contact Information shall be voluntarily produced or disclosed in response to any subpoena, request, demand, or other process unless required by a final, non-appealable order of a court or tribunal of competent jurisdiction, or unless the impacted Settling Defendant and/or Opt-In Settlor provides prior written consent.

10. **Notice of Required Disclosure.** If disclosure of Settlement Class Contact Information is ultimately required by court order or other lawful process, the producing person or entity shall disclose only the portion of the Settlement Class Contact Information that is legally required to be disclosed and shall take all reasonable steps to obtain confidential treatment for any information disclosed.

11. **Settlement Administrator Bound.** The Settlement Administrator shall execute the acknowledgment attached as Exhibit A and shall be bound by the terms of this Order before receiving any Settlement Class Contact Information.

12. **Continuing Jurisdiction.** The Court retains jurisdiction to enforce, modify, or interpret this Order.

**IT IS SO ORDERED**.
Dated: July 27, 2026

Hon.  Lindsay C. Jenkins
United States District Judge

3

**EXHIBIT A**

**ACKNOWLEDGMENT AND AGREEMENT OF SETTLEMENT ADMINISTRATOR TO BE BOUND**

I, _____, on behalf of _____ ("Settlement Administrator"), acknowledge that I have read the Order Regarding Confidentiality and Limited Use of Settlement Class Contact Information entered in Case No. 24-150 in the United States District Court for the Northern District of Illinois.

The Settlement Administrator agrees to be bound by and comply with all terms of that Order, including the restrictions on use and disclosure of Settlement Class Contact Information.

The Settlement Administrator understands that violation of the Order may subject it and its personnel to sanctions, contempt proceedings, or other relief deemed appropriate by the Court.


Date: _____
Settlement Administrator: _____
By: _____
Name: _____
Title: _____
Email: _____
Phone: _____

4