BC

FILED
9/11/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK TUCCORI, et al.,<br>Plaintiffs,<br>v.<br>AT WORLD PROPERTIES, LLC, et al.,<br>Defendants. | Case No. 1:24-cv-00150<br><br>Hon. Lindsay C. Jenkins |

**ADMINISTRATIVE MOTION FOR SHIYANG HUANG TO APPEAR AS OBJECTOR / MOVANT (FOR CM/ECF FILING PURPOSES)**

Shiyang Huang is a class member in the above-captioned case. He is expected to file documents in support of his objection to the proposed class-action settlement under the procedures set forth by this Court's preliminary approval order, and Federal Rules of Civil Procedure 23(e), 23(h). For purely administrative reasons, Huang needs to appear as a "party" in this case to file his objection electronically under CM/ECF, and Huang already has similar filing access in other cases within the district, e.g., *Batton v. NAR,* No. 21-cv-430 (N.D. Ill.), *In re Broiler Chicken Antitrust Litig.,* No. 16-cv-8637 (N.D. Ill.)

No substantive ruling is required for this motion, but for the purposes of adding him as an objector (or movant for identical purposes), this motion should be granted.

Date: September 11, 2026

Respectfully Submitted,

/s/Shiyang Huang
Shiyang Huang
2813 SW Rother Rd.,
Topeka, KS 66614
(314) 669-1858
defectivesettlement@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on or before September 11, 2026, I filed the foregoing with N.D. Ill.

/s/ Shiyang Huang