**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARK TUCCORI, et al.,<br>Plaintiffs,<br>v.<br>AT WORLD PROPERTIES, LLC, et al.,<br>Defendants. | Case No. 1:24-cv-00150<br><br>Hon. Lindsay C. Jenkins |

**NOTICE re: THIRD PARTY NOTICE ADVERTISING WITHOUT COURT ORDER**[1]

Objector Huang hereby alerts the Court and *Tuccori* counsel with a major concern that he received *third-party notice advertising* of the settlements from ClaimsHero (a firm that charges 25% from all claimants' payouts) in the social media from what appears to be a massive social media campaign—*twice* on Friday, October 16 alone. Exhibits, *infra*.

**Huang does not fault *Tuccori*'s counsel for this,** as ClaimsHero admits it is *not* "appointed by the court and [is] not affiliated with Class Counsel or the settlement administrator." **But *Tuccori* or the Court (*sua sponte*) *should do something about it.***

From Huang's view, ClaimsHero's advertising appears virtually indistinguishable to the official settlement website for lay consumers, and Huang is at least concerned by its own "claim form" with microscopic footnotes while diverting official website links under collapsed menus. https://claimshero.com/mls-buyer-antitrust-settlement - process

[1] *Tuccori* counsel moved and received *permission* from this Court to execute the class notice campaign. Dkt. 184. Similarly, the Settlement Agreement, Dkt. 58-1 at 23 says "The Notice Motion will outline the procedure for Settlement Class Members' submission of claims to receive payment from the Global Settlement Fund and their eligibility to do so. Among other things, the Notice Motion will provide that the Settlement Administrator will establish a claim submission module on the settlement website that allows Settlement Class Members to submit a claim electronically, and that all submitted claims will be subject to review and approval by the Settlement Administrator."

"Notice is available fundamentally 'for the protection of the members of the class or otherwise for the fair conduct of the action' and should not be used merely as a device for the undesirable solicitation of claims." Fed. R. Civ. R. 23(d)(2) Advisory Committee Notes—1966 Amendment. The Supreme Court has recognized that potential "abuses may implicate communications with potential class members." *Gulf Oil Co. v. Bernard,* 452 U.S. 89, 104 (1980). And the Court has inherent discretion to "restrict certain communications in order to prevent frustration of the policies of Rule 23," and any "possible relief [should] protect the respective parties." *Id.* at 102.

The Court or Plaintiffs have the right to protect the class notice campaign. *See, e.g,* 28 U.S.C. 1651. ClaimsHero's derivative notice campaign—without a court order, not for charity but for directing potential class members to its own claim forms, of which charges a 25% fee for any claims paid out—illustrates potential bases for a targeted injunction, and/or an order requiring any ClaimsHero claimants to certify that they consent to using ClaimsHero, or else they shall be allowed to directly file claims on the official settlement website instead if they do not consent to the 25% tax on claims.

After *Batton* objectors' parallel August homebuyers notice campaign (primarily in August) may have already confused class members about the dual "homebuyer" settlements, Dkt. 240-2 at 142, and after *Batton* objectors plus *Tuccori* counsel are seeking some combined $78 million in fees from merely a $120.3 million fund, this is now a new 25% "tax" on innocent consumers who will likely assume these to be the official class notice, while all of them still must submit sufficient claimant information on the official claims forms: the requirements are not any fewer by filing via ClaimsHero.

Date: October 17, 2026

Respectfully Submitted,

/s/ Shiyang Huang
Shiyang Huang
2813 SW Rother Rd.,
Topeka, KS 66614
(314) 669-1858
defectivesettlement@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on or before October 17, 2026, I filed the foregoing via CM/ECF.

/s/ Shiyang Huang

**<u>Exhibits of ClaimsHero's Advertising Regarding the *Tuccori* settlements</u>**



<u>Exhibits of ClaimsHero's Advertising Regarding the *Tuccori* settlements</u>



**Exhibits of ClaimsHero's Advertising Regarding the *Tuccori* settlements**

claimshero.com
Facebook




# MLS Homebuyer Antitrust Settlement

$ Estimated Payout: TBA · Time to Submit: 5 minutes

· Submit your documents to ClaimsHero by: 10/21/2026

· Deadline: 10/27/2026

Accepting Submissions

Start Claim

Homebuyers sued the National Association of REALTORS® (NAR) and more than 20 real estate brokerages, claiming they created and enforced rules that kept buyer broker commissions artificially high. The defendants deny the allegations but have agreed...

More Details

Exhibits of ClaimsHero's Advertising Regarding the *Tuccori* settlements

claimshero.com

# FAQ

What is this settlement about? +

Who is eligible for this settlement? +

Which companies are part of this settlement? +

I sold a home and was part of an earlier home seller settlement. Can I still file as a buyer? +

I bought more than one home. Can I claim for each one? +

How much will I receive? +

When will I get paid? +

What documents do I need to file? +

Do I have to use ClaimsHero to file a claim? +

Can I still opt out of or object to the settlement? +

What is ClaimsHero? +

**Exhibits of ClaimsHero's Advertising Regarding the *Tuccori* settlements**

claimshero.com

# Let Us Help You File Your Homebuyer Settlement Claim

If you bought a home listed on an MLS and a commission was paid, you may be eligible for a share of the $120,334,500 settlement. The official claim deadline is October 27, 2026. ClaimsHero needs time to review your documents before filing, so sign up early.

Prefer to file on your own? You can file for free on the official settlement website.



Created by experts from tech and law, we built the easiest platform to file your claims. Getting what you're owed should be easy and trustworthy.

Learn More