**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARK TUCCORI, et al.,<br>Plaintiffs,<br>v.<br>AT WORLD PROPERTIES, LLC, et al.,<br>Defendants. | Case No. 1:24-cv-00150<br><br>Hon. Lindsay C. Jenkins |

**RESPONSE TO BATTON OBJECTORS' MOTION FOR LEAVE TO FILE SUR-REPLY**

Objector Huang urges the Court to allow Batton's sur-reply and move on.[1]

Batton objectors' new motion merely distracts the Court and all Parties from real issues that matters, ***e.g., why is ClaimsHero directly targeting to class members without having an order from this Court?*** *See* Dkt. 252. Further, did Batton objectors—in seeking a fee *bigger than Named plaintiffs' fee motion*—"produce an improvement in the settlement worth more than the fee they are seeking[?] other they have rendered no benefit to the class." *Reynolds v. Beneficial Nat. Bank,* 288 F.3d 277, 288 (7th Cir. 2002).

Huang independently concluded that *Tuccori* counsel may only collect a market-mimicking fee if the settlement satisfies Fed. R. Civ. P. 23(a), 23(b), and 23(e). But *Batton* objectors showed no benefit to the class beyond *ipse dixit* and failed to see that no class member can object to *Batton's* fee motion without CM/ECF. Their objection and fee motion—one demanding more than ***1/3 of the net fund without any class notice***, while admitting to overcharges in legal research costs—should be rejected in their entirety.

[1] ***Two full weeks after Huang filed his objection opposing Batton's fee motion,*** Dkt. 203, *Batton* objectors sought no extension, filed a "reply in support of their motion for attorney's fees" on October 1, 2026, and ignored all of Huang's objections. **Dkt. 220.** Now they strangely say they "have not had an opportunity to respond." Motion at 1.

Date: October 22, 2026

Respectfully Submitted,

/s/ Shiyang Huang
Shiyang Huang
2813 SW Rother Rd.,
Topeka, KS 66614
(314) 669-1858
defectivesettlement@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on or before October 22, 2026, I filed the foregoing via CM/ECF.

/s/ Shiyang Huang