**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

James Tuccori, et al.

Plaintiff,

v.

Case No.: 1:24−cv−00150
Honorable Lindsay C. Jenkins

At World Properties, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 28, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: The court has received several requests from counsel about the possibility of appearing by telephone for the November 2, 2026 hearing. Some of these requests seek permission for clients to listen to the proceedings telephonically and others seek permission to allow counsel for out−of−town Defendants who support final approval and who do not expect to present separate arguments to appear telephonically. The court provides the following dial−in phone information for **listening** (but not participation) purposes. With respect to out−of−town counsel who wish to appear telephonically, but who do not expect to present separate arguments, counsel should confer and jointly email the courtroom deputy with a single list of those individuals and their email addresses and phone numbers by 12:00 pm noon CT on October 30, 2026. Objector Shiyang Huang may also use this same dial−in information and will be permitted to raise his arguments by telephone. The Toll−Free Number is 855−244−8681, Access Code: 2302 225 8245. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing using the toll−free number. Mailed notice. (jlj,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.