UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAMES TUCCORI, *et al.*,<br>*Plaintiffs*,<br>v.<br>AT WORLD PROPERTIES, LLC, *et al.*,<br>*Defendants.* | Case No.: 1:24-cv-00150<br>Hon. Lindsay C. Jenkins |

**SPECIAL APPEARANCE OF JENIFER C. WALLIS FOR UMRO REALTY CORP D/B/A THE AGENCY**

Jenifer C. Wallis, who has been granted leave to appear pro hac vice in this matter (ECF No. 262), respectfully enters her Special Appearance in the above-captioned matter on behalf of Opt-In Settlor Umro Realty Corp. d/b/a The Agency ("The Agency"). By making this Special Appearance, The Agency does not waive any personal jurisdiction objections. The Court's approved form Opt-In Agreement states:

> 53. The Court shall retain jurisdiction over the interpretation, approval, implementation, and enforcement of the Class Settlement Agreement, the Settlement, and this Opt-In Agreement, but will not use that stipulation or Opt-In Settlor's agreement to be governed by Illinois law as grounds for personal jurisdiction over an Opt-In Settlor in any litigation unrelated to the interpretation, approval, implementation, or enforcement of this Opt-In Agreement, including, but not limited to, litigation of claims or potential claims against Opt-In Settlor in the event that the Class Settlement Agreement and/or this Opt-In Agreement is rescinded. For the avoidance of doubt, Opt-In Settlor does not waive but rather reserves all defenses and rights, including, but not limited to, those concerning personal jurisdiction and failure to state a claim.

ECF No. 58-1 at 74. Similarly, The Agency's Opt-In Agreement states:

> 51. The Court shall retain jurisdiction over the interpretation, approval, implementation, and enforcement of the Class Settlement Agreement, the Settlement, and this Opt-In Agreement, but will not use that stipulation or Opt-In Settlor's agreement to be governed by Illinois law as grounds for personal jurisdiction over an Opt-In Settlor in any litigation unrelated to the interpretation, approval, implementation, or enforcement of this Opt-In Agreement, including, but not limited to, litigation of claims or potential

> claims against Opt-In Settlor in the event that the Class Settlement Agreement and/or this Opt-In Agreement is rescinded. For the avoidance of doubt, Opt-In Settlor does not waive but rather reserves all defenses and rights, including, but not limited to, those concerning personal jurisdiction and failure to state a claim.

ECF No. 168-2 at 234.

The instant Special Appearance and all subsequent actions by The Agency in the above-captioned matter are specifically made subject to, without waiving, and with full reservation of, the above-reserved defenses, rights, and objections.

Date: October 29, 2026

Respectfully submitted,

By: /s/ Jenifer C. Wallis

Jenifer C. Wallis (admitted pro hac vice)
MUNCK WILSON MANDALA, LLP
1925 Century Park East, Ste 2300
Los Angeles, CA 90067
Telephone: (310) 855-3311
Email: jwallis@munckwilson.com

*Attorneys for*
Umro Realty Corp. d/b/a The Agency

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to all registered CM/ECF participants.

/s/ Jenifer C. Wallis
Jenifer C. Wallis

*Attorney for Umro Realty Corp.*
*d/b/a The Agency*