**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

James Tuccori, et al.

Plaintiff,

v.

Case No.: 1:24−cv−00150
Honorable Lindsay C. Jenkins

At World Properties, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 2, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins:In−person and telephonic fairness hearing held on November 2, 2026 on the motion for final approval of the class−action settlement, for approval of the plan of allocation, and for attorneys' fees, expenses and service awards, including the corresponding motion filed by Movants Korein Tillery, LLC, Lowey Dannenberg, P.C., Niall Adams, Jay Lutz, John Sannar. Counsel for the parties and opt−ins and counsel for Objector Aaron Bolton appeared in person; certain counsel appeared by telephone. Objector Shiyang Huang also appeared by telephone. As discussed during the hearing, the motion for final approval of proposed settlement is taken under advisement. Movant Nathaniel Wayne's motion to be excluded from the settlement class [256] is granted without objection. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.